IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

SUSAN MARIE CLARK LOWRY, )
)
v. ) 2:07-0053
)
MICHAEL J. ASTRUE, Commissioner of Social )
Security. )

**O R D E R**

In this case the Magistrate Judge has recommended denial of the Motion for Judgment on the Administrative Record and the decision of the Commissioner be affirmed. The Plaintiff has timely filed objections to the recommendation.

The Court has considered the objections, the Report and Recommendation, and the administrative record. The decision of the Administrative Law Judge is supported by substantial evidence. The Report and Recommendation of the Magistrate Judge has thoughtfully considered and responded to the objections and arguments of the Plaintiff.

For the reasons set forth therein, the Court agrees with the Report and Recommendation. The Plaintiff's Motion for for Judgment on the Administrative Record, Document #8, is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED.**

**IT IS SO ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge